UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WALTER R. WHITE, III : CHAPTER 13
    Debtor(s) :
     :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
     :
    vs. :
     :
WALTER R. WHITE, III :
    Respondent(s) : CASE NO. 1-19-bk-05177

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 6th day of February, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2019 Federal Income Tax return.
    b. Copy of the 2019 federal corporate return for all corporations in which the debtor(s) is a principal share holder.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 10th day of February, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

              /s/Deborah A. Behney
              Office of Charles J. DeHart, III
              Standing Chapter 13 Trustee