```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                           Case No. 19-05177-HWV
Walter R White, III                                              Chapter 13
      Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke          Page 1 of 2        Date Rcvd: Feb 11, 2020
                          Form ID: ntcnfhrg        Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
```
db             +Walter R White, III,    901 Miller Street,    Lebanon, PA 17046-2119
5278325        +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
5278327        +Capital One/Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
5298581         Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
5278328        +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    PO Box 790034,
                 St Louis, MO 63179-0034
5278329        +First National Bank/Legacy,    Attn: Bankruptcy,    PO Box 5097,    Sioux Falls, SD 57117-5097
5278330        +First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
5278331        +First Savings Bank/Blaze,    Attn: Bankruptcy,    PO Box 5096,    Sioux Falls, SD 57117-5096
5278333        +InCharge,    5750 Major Boulevard, Suite 300,    Orlando, FL 32819-7971
5284519        +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
5278334        +Melnick, Moffitt & Mesaros ENT,    927 Russell Drive,    Lebanon, PA 17042-7487
5278335        +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5294322        +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5278339       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    PO Box 15012,    Chandler AZ 85244-5012)
5290315        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5278326        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 19:44:11    Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
5290208         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 19:44:47
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5278332        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 11 2020 19:38:16     Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,    PO Box 4477,    Beaverton, OR 97076-4401
5278323         E-mail/Text: cio.bncmail@irs.gov Feb 11 2020 19:37:35     Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5299625         E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 11 2020 19:37:58     Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud MN 56302-9617
5278336        +E-mail/PDF: cbp@onemainfinancial.com Feb 11 2020 19:44:08     OneMain Financial,
                 Attn: Bankruptcy,    PO Box 3251,    Evansville, IN 47731-3251
5278324         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2020 19:37:48     PA Department of Revenue,
                 Attn: Bankruptcy Division,    Dept 280946,    Harrisburg, PA 17128-0946
5298605         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 19:44:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5295363        +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 11 2020 19:37:58     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5298614        +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 19:44:42     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5278337        +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 19:44:43     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
5278338        +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 19:44:43     Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
5278340        +E-mail/Text: bnc-bluestem@quantum3group.com Feb 11 2020 19:38:07     Webbank/Gettington,
                 Attn: Bankruptcy,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Debtor 1 Walter R White, III gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                           TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Walter R White III, aka Walter R. White, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 1:19−bk−05177−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 18, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 25, 2020  Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 11, 2020 |

ntcnfhrg (03/18)