# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 28, 2022

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Walter White, III
Chapter 13 - Bankruptcy Case No. 1:19-bk-05177

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9014
ADDISON TX 75001-9014

The Creditor's <u>previous</u> address was as follows:

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm