IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| WALTER R. WHITE III | : | CASE NO. 1:19-bk-05177-HWV |
| aka WALTER R. WHITE | : | |
| Debtor | : | CHAPTER 13 |

ORDER OF COURT
PERMITTING FINAL APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Final Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $2,146.00 for fees and $91.85 for costs, for a net amount due of $2,237.85 for the time period of June 18, 2021 through December 20, 2023. Debtor's counsel and the Chapter 13 Trustee stipulate that none of said fees will be paid by the Chapter 13 Trustee.